Certificate Number: 05781-GAN-DE-041463838

Bankruptcy Case Number: 26-58434

05781-GAN-DE-041463838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2026, at 3:54 o'clock PM PDT, Nakosha Scales completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: September 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President